## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARRY CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) No. 04-2258-CM |
| JO ANNE B. BARNHARD, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter comes before the court on defendant's Motion to Reverse and Remand and for Entry of Final Judgment (Doc. 19).  Defendant moves the court for an order reversing and remanding this cause pursuant to sentence four of 42 U.S.C. § 405(g) and for entry of final judgment.  Plaintiff has no objection to defendant's request (Doc. 21).

**IT IS THEREFORE ORDERED** that defendant's Motion to Reverse and Remand and for Entry of Final Judgment (Doc. 19) is granted.  The court hereby enters a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the decision of the Administrative Law Judge and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).

Dated this __20__ day of June 2005, at Kansas City, Kansas.

s/ Carlos Murguia
CARLOS MURGUIA
United States District Judge